**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                14 CR. 613 (RMB)

   -against-

                **ORDER**

AKIM MURRAY,
                Defendant.
------------------------------------------------------------X

    The Court will hold a telephone status conference on Thursday, July 9, 2020 at 9:00 AM.

    Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0613

Dated: June 18, 2020
       New York, NY

                                        RICHARD M. BERMAN
                                        U.S.D.J.