**Gerald J. Di Chiara, Esq.**
Attorney at Law

585 Stewart Avenue, Suite L-16
Garden City, New York 11530

(212)679-1958

Laura Di Chiara, Esq.

July 7, 2020

Honorable Judge Richard M. Berman
U.S. District Court
Southern District of New York
500 Pearl Street
N.Y., N.Y. 10007

        Re: U.S. v. Murray
           14 Cr 613 (RMB)

Dear Judge Berman,

  I hereby respectfully request that the Court reappoint me nunc pro tunc to June 30, 2020, pursuant to the Criminal Justice Act. I was contacted by the Court on June 30, 2020 and advised that Akim Murray, who I represented in this matter, had been scheduled for a hearing on July 9, 2020, relating to a possible violation. I therefore commenced legal representation at that time. I therefore submit this application, pursuant to the instruction of the CJA office.

Sincerely,

Gerald J. Di Chiara

Application granted.

So Ordered: ___*Richard M. Berman*___
      Judge Richard M. Berman