**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                    Government,

     -against-

AKIM MURRAY,
                   Defendant.
------------------------------------------------------------X

                           14 CR. 613 (RMB)

                              **ORDER**

The telephone supervised release hearing previously scheduled for Tuesday, March 2, 2021 at 11:30 AM is hereby rescheduled to Wednesday, March 17, 2021 at 11:30 AM.

In light of the continuing COVID-19 pandemic, the supervised release hearing is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0613

Dated: February 25, 2021
       New York, NY

                                  _Richard M. Berman_
                                  RICHARD M. BERMAN
                                  U.S.D.J.