**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                   Government,

            14 CR. 613 (RMB)

   -against-

**ORDER**

AKIM MURRAY,
                   Defendant.
------------------------------------------------------------X

      Based upon the SDNY policy dated March 5, 2018 favoring early termination where warranted, the factors of 18 U.S.C. § 3583(e)(1), and the record herein, and because of Mr. Murray's dedicated compliance with supervised release, including, but not limited to, his successful completion of supervision and his steady employment and stable residence during the exceptionally difficult circumstances brought about by the COVID-19 pandemic, the Court finds that an early termination of supervised release effective July 7, 2021 is warranted. The Court finds that Mr. Murray has conducted himself in an exemplary and law abiding fashion and exceeded the requirements (conditions) of his supervision. <u>See</u> transcript of proceedings held on May 24, 2021 for a complete record.

Dated: July 7, 2021
       New York, NY

                                              _____
                                                RICHARD M. BERMAN
                                                    U.S.D.J.

# Certificate of Early Completion of Supervised Release

To acknowledge fulfillment of the terms and conditions of Akim Murray's supervised release, and his hard work and dedication, and achievements, the Court hereby terminates Mr. Murray's further supervised release obligations in accordance with 18 U.S.C. § 3583(e)(1).
Congratulations for a job well done.

July 7, 2021

*Richard M. Berman*
Richard M. Berman
U.S. District Judge